**MINUTE ENTRY**
**ROBY, M.J.**
**January 30, 2017**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **GREGORY BODENHEIMER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-740** |
| **TERRY WILLIAMS, ET AL** | **SECTION: "J" (4)** |

LAW CLERK: Christian Chaney

Appearances: **William B. Gordon , III** for Plaintiff.
**Jerome Joseph Pellerin** for Defendant.

**MINUTE ENTRY**

On this date, the Court held a status conference concerning the settlement agreement between the Plaintiff and Defendant Terry Williams. The Parties agreed to provide a draft settlement agreement to the Court at chamber's email (efile-Roby@laed.uscourts.gov).

**MJSTAR: 00:02**